SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

TO:   1. *Intake Clerk* *

      2. *Case Administrator*

FROM:   *Financial Administrator*

DATE: 6/13/2016

CASE NAME: Conn

CASE NUMBER: 11-22313-TPA

Check Number 992059 in the amount of $ 8,728.73 was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: 11376      Intake Clerk's Initials _____

* *AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.*

#4b-F

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA
## U.S. STEEL TOWER - SUITE 3250
### 600 GRANT STREET
### PITTSBURGH, PA 15219
### TELEPHONE: (412) 471-5566
### FAX: (412) 471-5470
### Email - inquiries@chapter13trusteewdpa.com

RONDA J. WINNECOUR
STANDING TRUSTEE

06/10/2016

| | | |
|---|---|---|
| Michael R. Rhodes, Esquire | OR | Michael R. Rhodes, Esquire |
| Clerk, US Bankruptcy Court | | Clerk, US Bankruptcy Court |
| 5414 U.S. Steel Tower | | U.S. Courthouse, Room B160 |
| 600 Grant Street | | 17 South Park Row |
| PIttsburgh, PA 15219 | | Erie, PA 16501 |

Re: TERRY L. CONN
MARY L. CONN
Case No: 11-22313TPA

Dear Mr. Rhodes:

   I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above.
   These funds are owned by the following creditor. The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan. The address shown is based on the Trustee's best and most recent information.

Us Department Of Hud(*)++
C/O Deval Llc**
1255 Corporate Dr - Ste 300
Irving, TX 75038

CHECK NUMBER 992059    AMOUNT $8728.73

The disbursement(s) was returned to the Trustee for the following reason:

Creditor is on Global Reserve

   Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

/s/ Jackie Blough
Administrative Assistant
for Ronda J. Winnecour, Esq.
Chapter 13 Trustee

CC: DANIEL R WHITE ESQ
TERRY L. CONN
MARY L. CONN
Us Department Of Hud(*)++